# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

United States of America,                  )
                              Plaintiff,   )
vs.                                        ) No. 04-0245-01-CR-W-FJG
Brent Michael Barber,                      ) No. 04-0325-01-CR-W-SOW
                              Defendant.   ) No. 05-0048-01-CR-W-FJG

## ORDER

Pending before the Court is the government's motion to consolidate (Doc. #45), filed June 7, 2005, and defendant's suggestions in opposition (Doc. #52), filed June 21, 2005. Cases numbered 04-0245-01-CR-W-FJG and 05-0048-01-CR-W-FJG will be consolidated for trial. Case numbered 04-0321-01-CR-W-SOW will not be consolidated but may be transferred to this division by agreement of judges. The trial date shall be set by order of Chief Magistrate John T. Maughmer.

Defendant's request for leave to file supplemental suggestions in opposition to the government's motion to consolidate cases (Doc. #55), filed June 28, 2005, is denied.


                                        /s/Fernando J. Gaitan, Jr.
                                        United States District Judge

Dated:   June 30, 2005
Kansas City, Missouri