IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Criminal Action Nos. |
| v. | ) | 04-00245-01-CR-W-FJG |
| | ) | 04-00325-01-CR-W-FJG |
| BRENT MICHAEL BARBER, | ) | 05-00048-01-CR-W-FJG |
| | ) | |
| Defendant. | ) | |

## O R D E R

Pending before the Court is the motion (Doc. No. 66) of defendant Brent M. Barber for reconsideration of the Court's revocation of bond and conditions of pretrial release. On October 13, 2005, a hearing was held with respect to defendant's motion. For the reasons stated on the record at the conclusion of the hearing, it is

ORDERED that the motion (Doc. No. 66) of defendant Brent M. Barber filed on September 13, 2005, for reconsideration of the Court's revocation of bond and conditions of pretrial release is DENIED.

                                                                          */s/ JOHN T. MAUGHMER*
                                                                            JOHN T. MAUGHMER
                                                                  Chief United States Magistrate Judge