# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Case Nos. 04-00245-01-CR-W-FJG** |
| ) | 05-00048-01-CR-W-FJG |
| **Brent Michael Barber** ) | |
| ) | |
| **Defendant.** ) | |

ORDER AMENDING JUDGMENT IN A CRIMINAL CASE

On October 27, 2006, it was ordered that the defendant pay restitution in the amount of $11,206,419.87 in Case Nos. 04-00245-01-CR-W-FJG and 05-00048-01-CR-W-FJG, due immediately and joint and severely with the codefendants. It is further ordered that if the defendant is unable to pay the full amount of restitution immediately, the defendant shall make monthly payments of $100 or 10 percent of gross income, whichever is greater, while on supervision. The Court has further determined that the defendant does not have the ability to pay interest, and it is ordered that the interest requirement is waived for restitution.

Furthermore, on October 27, 2006, the defendant was ordered to pay to the United States a total special assessment of $10,400; however, this amount is incorrect. The total special assessment amount of $10,700 is now ordered.

It is further ordered that this Order Amending Judgment be attached to the original Judgment and Commitment Order (Doc. #123 in Case No. 04-00245-01 and Doc. #88 in Case No. 05-00048-01) filed November 17, 2006.

                **/s/ FERNANDO J. GAITAN, JR.**
                FERNANDO J. GAITAN, JR.
                U.S. DISTRICT JUDGE

Dated at Kansas City, Missouri, this  21st  day of  November , 2006